Belden, Executrix, v. Robbins.

The plaintiff thus deprived of his evidence, moved that he might be admitted a witness to prove the trespass, according to statute. By the court he was admitted.

---

HARTFORD COUNTY, FEBRUARY TERM, A. D. 1793.

REBECCA BELDEN, EXECUTRIX OF JOHN BELDEN, DECEASED, v. ROBBINS.

Where in an action on book, a balance is found for the defendant, and the plaintiff appeals, and after entering, withdraws his action, the defendant may enter and have the judgment of the County Court affirmed.

ACTION of debt on book, for a debt claimed to be due to the deceased.

The defendant plead in the County Court — That he owed the deceased nothing, but that the deceased was in arrear to him.

Verdict — That the defendant owed the deceased nothing, but that the deceased was indebted to the defendant £5 16s. 5d. lawful money.

The plaintiff appealed the cause to the Superior Court, and entered her appeal, and then immediately withdrew the action.

The defendant moved for liberty to enter said action in the Superior Court, and to have the judgment of the County Court affirmed against the plaintiff, said withdrawal notwithstanding; which was allowed and judgment rendered accordingly.